```
ROBERT S. BREWER, JR.
United States Attorney
DYLAN M. ASTE
Assistant U.S. Attorney
California Bar No. 281341
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7621
Dylan.Aste@usdoj.gov
```

Attorneys for United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>THE BUREAU of CANNABIS CONTROL, a State of California agency,<br><br>Respondent. | Case No.: '20CV1375 BEN LL<br><br>**PETITION TO ENFORCE UNITED STATES DRUG ENFORCEMENT ADMINISTRATION ADMINISTRATIVE SUBPOENA** |

The United States hereby petitions the Court as follows:

1. This proceeding is brought pursuant to 21 U.S.C. § 876(c) to judicially enforce Drug Enforcement Administration ("DEA") subpoena R6-20-252406 ("Subpoena," redacted and attached as Exhibit A) issued under the authority of 21 U.S.C. § 876(a).

2. This Court has jurisdiction over this action pursuant to 21 U.S.C. § 876(c) and 28 U.S.C. § 1345. Venue is proper in this district under 21 U.S.C. § 876(c) and 28 U.S.C. § 1391.

3. Joshua Matas is a DEA Special Agent stationed in the DEA's Sacramento District Office. He is authorized to serve DEA subpoenas pursuant to 21 U.S.C. § 878. Christina L. Lopez, a Supervisory Intelligence Research Specialist, is a DEA Group Supervisor stationed in the San Diego Field Division, and she is

authorized to issue DEA subpoenas pursuant to 21 U.S.C. § 876 and 28 C.F.R. pt. 0, app. to subpart R, sec. 4.

4. Respondent is the Bureau of Cannabis Control, a State of California agency ("BCC"). The BCC is a California agency that regulates commercial cannabis licenses for medical and adult-use in California.

5. On January 8, 2020, Group Supervisor Lopez issued the Subpoena to the BCC. The next day, Special Agent Matas served the Subpoena on the BCC.

6. The Subpoena demands the production of specific documents (licenses, license applications, and shipping manifests), for six entities, from January 1, 2018 to the "[p]resent." The Subpoena requires the BCC to email or mail the documents to DEA Special Agent John Chase.

7. Special Agent Chase is located in the San Diego Field Division, which is also where the investigation related to the Subpoena is carried on.

8. On January 21, 2020, the BCC stated in a letter (redacted and attached as Exhibit B) that it would not produce the documents.

9. The BCC has not complied with the Subpoena and informed the United States multiple times that it will not produce the requested documents. The United States has made all efforts to obtain compliance short of litigation, but the BCC refuses to comply with the Subpoena.

10. The documents demanded in the Subpoena are not presently in the DEA's possession.

11. De-identified information cannot be reasonably used for the investigation.

///
///
///
///
///

**WHEREFORE**, Petitioner respectfully prays that:

A. this Court enter an order directing the BCC to comply with the Subpoena within seven days, in its entirety;

B. that the order granting the relief sought herein be served on the BCC by the DEA; and

C. that this Court grant such other and further relief as it deems just and proper.

                                                Respectfully submitted,

DATED: July 20, 2020                     ROBERT S. BREWER, JR.
                                                United States Attorney

                                                *s/ Dylan M. Aste*
                                                DYLAN M. ASTE
                                                Assistant United States Attorney

                                                Attorneys for the United States