UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Petitioner,<br><br>v.<br><br>THE BUREAU of CANNABIS CONTROL, State of California agency,<br><br>                                   Respondent. | Case No.:  20cv1375-BEN -LL<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Before the Court is the United States of America's Petition to Enforce United States Drug Enforcement Administration Administrative Subpoena on the Bureau of Cannabis Control ("BCC"), a State of California agency. ECF No. 2 ("Petition"). Specifically, Petitioner, United States of America, requests:

  A. This Court enter an order directing BCC to comply with the Subpoena within seven days, in its entirety;
  B. That the order granting the relief sought herein be served on the BCC by the DEA; and
  C. That this Court grant such other and further relief as it deems just and proper.

Petition at 3.

/ / /

1

Accordingly, the Court sets the following briefing schedule:

1. The Bureau of Cannabis Control's response to the subpoena or opposition to the Petition is due on or before **July 29, 2020**.

2. Petitioner United States of America's reply is due on or before **August 5, 2020**. The Court will then take the matter under submission without oral argument pursuant to CivLR 7.1(d)(1).

**IT IS SO ORDERED**.

Dated: July 22, 2020

Honorable Linda Lopez
United States Magistrate Judge