

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br>V.<br><br>The Bureau of Cannabis Control, a State of California agency<br><br>Defendant. | Civil Action No. 20-cv-01375-BEN-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition to enforce United States Drug Enforcement Administration administrative subpoena is granted.


Date:    12/29/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Petersen
J. Petersen, Deputy